1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CECIL JEROME HATCHETT,                       No.  2:18-cv-1773 DB P

12                    Petitioner,

13         v.                                       ORDER

14    SOTO,

15                    Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis

19    affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

20    will be provided the opportunity to either submit the appropriate affidavit in support of a request

21    to proceed in forma pauperis or submit the appropriate filing fee.

22         Petitioner also failed to use this court's form for petitions for writ of habeas corpus.

23    Petitioner is hereby notified that in order for this court to review his petition, he must refile his

24    petition on the proper form.  See E.D. Cal. R. 190(b).  Furthermore, although petitioner may

25    submit a separate memorandum to support his petition for relief, the form provided by the court

26    must contain all relevant claims, and must provide the court with all necessary information.  See

27    Rule 2(c), Rules Governing § 2254 Cases.

28    ////

                                                 1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee.

2. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order.[1]

3. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition."

4. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

5. The Clerk of the Court is directed to send petitioner copies of the in forma pauperis form and the form for a petition for writ of habeas corpus used by this district.

Dated: July 5, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders/prisoner-habeas/hatc1773.101a

---

[1] By setting this deadline the court is making no finding or representation that the petition is not subject to dismissal as untimely.

2