UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL JEROME HATCHETT,<br><br>          Petitioner,<br><br>   v.<br><br>KEN CLARK,<br><br>          Respondent. | No. 2:18-cv-1773 KJM DB P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On January 30, 2019, respondent moved to dismiss the petition. (ECF No. 21.) On June 6, 2019, this court issued findings and recommendations in which it recommended respondent's motion to dismiss be granted. (ECF No. 35.) On June 17 and June 24, petitioner filed objections to the findings and recommendations. (ECF Nos. 36, 37.)

////
////
////
////
////
////

1

Within ten days of the filed date of this order, respondent shall file a response to petitioner's objections.

IT IS SO ORDERED.

Dated: July 12, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/hatc1773.obj resp