1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CECIL JEROME HATCHETT,                    No.  2:18-cv-1773 KJM DB P

12                 Petitioner,

13         v.                                   ORDER

14    KEN CLARK,

15                 Respondent.

16

17         Respondent seeks an extension of time to respond to petitioner's objections to the court's

18    June 6, 2019 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED

19    that:

20         1.   Respondent's motion for an extension of time (ECF No. 39) is granted; and

21         2.   Respondent shall file a response to petitioner's objections on or before August 1,

22              2019.

23    DATED:  July 19, 2019

24

25

26    /s/  DEBORAH BARNES
      UNITED STATES MAGISTRATE JUDGE

27

28    DLB:9
      DLB1/prisoner-habeas/hatc1773.obj resp eot

                                              1